# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMEELA ASHKAR** p/n/g D.M.M., | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-1521 |
| | : | |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | : : : | |
| | : | |
| Defendant. | : | |

## O R D E R

AND NOW, this 2nd day of February, 2016, upon *de novo* review of the "Brief of Petitioner" (paper no. 9); "Defendant's Response to Plaintiff's Request for Review" (paper no. 12); and the administrative record (paper no. 5); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (paper no. 14), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The relief sought by plaintiff is **DENIED**.

3. The decision of the Commissioner of Social Security is **AFFIRMED**.

4. The Clerk of Court shall mark this case **CLOSED**.

*/s/ Norma L. Shapiro*
_____
J.